UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | |
|---|---|
| KATHRYN MORTENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACKBAUD INC.,<br><br>Defendant. | Case No. 3:20-cv-04042-JFA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Kathryn Mortensen and or her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Blackbaud Inc.

Date: May 7, 2025

**GLANCY PRONGAY & MURRAY LLP,**
Attorneys for Plaintiff

By: /s/ *Brian Murray*

Brian Murray
230 Park Avenue, Ste. 358
New York, New York 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
bmurray@glancylaw.com